

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

January 24, 2023

No. 04-23-01093-CV

**IN RE POLARIS Industries, Inc.**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: January 24, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On December 22, 2023, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. After considering the petition, the emergency motion, response briefing by the real parties in interest, relator's reply, and the record, the court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for stay is **DENIED** as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-22-02, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.